**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marvin Eugene CHAPPELL,
Defendant–Appellant.**

No. 05–30830
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 19, 2006.

Josette Louise Cassiere, Assistant U.S. Attorney, Donald E. Hathaway, Jr., Assis-

tant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Carey Jay Ellis, III, Ellis & Ellis Law Office, Rayville, LA, for Defendant–Appellant.

Before DAVIS, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

This appeal is SEVERED from appeal No. 05–30522, *United States v. Wines.* Counsel appointed to represent Marvin Eugene Chappell has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Chappell has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no non-frivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and Chappell's APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.